# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

```
In re                          ) Case No. 18-27921 - C - 7
Lynn M. Arnold,                ) Docket Control No. APN-1
                  Debtor.      ) Document No. 28
                               ) Date: 05/01/2019
                               ) Time: 10:00 AM
                               ) DEPT: C
_____)
```

### Order

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 838 W. Elm Street, Stockton, CA. Resolved without oral argument.

Dated: May 07, 2019

_____
United States Bankruptcy Judge